**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00729-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

SCHMIER ENTERPRISE'S LLC,

    Plaintiff,

v.

SENTINEL FIELD SERVICES, INC.,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff has submitted a Complaint that is signed by Jonathan Schmier, who describes himself as Plaintiff's registered agent. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the Complaint is deficient as described in this order. First, Mr. Schmier may not represent Plaintiff in this action because, "[a]s a general matter, a corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se." *Harrison v. Wahatoyas, LLC*, 253 F.3d 552, 556 (10th Cir. 2001); *see also Tal v. Hogan*, 453 F.3d 1244, 1254 (10th Cir. 2006). In addition, Plaintiff has not paid the required filing fee. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 196 (1993) ("only a natural person may qualify for treatment *in forma pauperis* under § 1915"). Plaintiff will be directed to cure these deficiencies if Plaintiff wishes to pursue any claims in this action. Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED March 21, 2013, at Denver, Colorado.

            BY THE COURT:

             s/ Boyd N. Boland
            United States Magistrate Judge