IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00729-BNB

SCHMIER ENTERPRISE'S LLC,

    Plaintiff,

v.

SENTINEL FIELD SERVICES, INC.,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff submitted a Complaint (ECF No. 1) that was signed by Jonathan Schmier, who describes himself as Plaintiff's registered agent. On March 21, 2013, Magistrate Judge Boyd N. Boland entered an order directing Plaintiff to cure certain deficiencies if he wished to pursue any claims in this action. Specifically, Magistrate Judge Boland advised Plaintiff that Mr. Schmier may not represent Plaintiff in this action and that Plaintiff must pay the $350.00 filing fee. Plaintiff was warned that the action would be dismissed without further notice if Plaintiff failed to cure the deficiencies within thirty days.

Plaintiff has failed to cure the deficiencies within the time allowed and has failed to respond in any way to Magistrate Judge Boland's March 21 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis*

status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal Plaintiff also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  25th  day of   April   , 2013.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court